# In the United States Court of Federal Claims

| | |
|---|---|
| SIERRA NEVADA CORPORATION, | |
| Plaintiff, | |
| v. | No. 14-994C |
| UNITED STATES, | Filed: October 21, 2014 |
| Defendant. | |

# O R D E R

On October 21, 2014, the court held a hearing in the above captioned protest. Given the urgency to resolve the override issue, the court provided the parties with a verbal decision declining to overrule the override.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
         **Judge**